UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 10 2019
U.S.D.C.
WP

Barry Unique Campbell
_____

Write the full name of each plaintiff.

No. 19 cv 5431
(To be filled out by Clerk's Office)

-against-

State of New York City
_____

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Barry / Unique / Campbell
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Bobby   3491900872

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhattan Detention Center
Current Place of Detention

8E Upper   3491900872
Institutional Address

125 White Street                10007
County, City            State      Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

JOHN     DOE
First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address
AVE C    7 street present
County, City    State    Zip Code

Defendant 2:

First Name    Last Name    Shield #
JOHN    DOE

Current Job Title (or other identifying information)

Current Work Address    AVE C    7 street precent
County, City    State    Zip Code
New york    New york    10456

Defendant 3:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 4:

First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __Walgreens 14 Street__

Date(s) of occurrence: __Febuarey 5 2019__

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I Barry Campbell Was falsely arrested at Walgreens I was Charge with petit Lareny And later the Case were Dismissed on May 17 2019 I was With all my friends And we were all faslecy Arrested All Im Asking for is to Be Compensated for the time I was incarcerated on this Charge they Also did Not Read Me my Mirandas Rights Possession is 9/10 of the law however I did not posess Any items And they still Arrested Me from the Statement given to them By the Stores manger the store was under Survallance it Happend between 5:45 - 6:30 AM

Slip And fell Sabustanel Back injures Spit Neck pain Right KNee High Rised Pateller ligament Disoder

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I Hurt My slef a few times Differcnt times And places DOC gave Me a KNee Brace And a Cane for Support

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Well Ima model And a philospher I Missed a lot of work Because of this Charge And I would like At least 15000,00 to take Care of Any Bills when I was Detained

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 5/23/19

Plaintiff's Signature: Barry Campbell

First Name: Barry
Middle Initial: Unique
Last Name: Campbell

Prison Address: 125 White Street, 10007
County, City / State / Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 5/23/19



84990678
Barry Campbell
MDC 125 White Street
NY NY
10007

Pro Se Intake Unit
500 Pearl Street New York NY 10007
300 Quarropas Street White Plains NY 10601

RECEIVED JUN 10 2019