UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
BARRY CAMPBELL,               :

              Plaintiff,     :     19-CV-5431 (JMF)

    -v-            :     <u>ORDER</u>

CITY OF NEW YORK et al.,     :

              Defendants.    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      When Barry Campbell filed this pro se complaint, he was a pretrial detainee at Manhattan Detention Center. *See* ECF No. 2. On July 11, 2019, the Court granted Plaintiff leave to proceed in forma pauperis (IFP), *see* ECF No. 4, and that same day, the ECF system automatically generated a notice that a copy of that order was mailed to Plaintiff at Manhattan Detention Center. On July 17, 2019, the Court issued an order granting Plaintiff leave to amend his complaint, and further directed the Clerk of Court to mail Plaintiff an information packet containing that order. *See* ECF No. 6. On July 18, 2019, the Clerk of Court mailed the information packet to Plaintiff at Manhattan Detention Center. On July 23, 2019, the Court received a letter from Plaintiff requesting counsel, *see* ECF No. 8, which the Court denied without prejudice citing the need for a more fully developed record to determine Plaintiff's chances of success, pursuant to *Cooper v. A. Sargenti Co., Inc.*, 877 F.2d 170, 172 (2d Cir. 1989) (per curiam). *See* ECF No. 9. Subsequent attempts to mail information to Plaintiff at Manhattan Detention Center were returned as undeliverable on July 29, 2019, August 13, 2019, and November 22, 2019. Attempts to locate Plaintiff on the New York City and the New York State

Department of Correction Inmate Lookups have been unsuccessful. Plaintiff has not updated his address or otherwise communicated with the Court, and it is not clear that he intends to proceed with this action.

Under Rule 41(b) of the Federal Rules of Civil Procedure, a district court may dismiss an action sua sponte for failure to prosecute after notifying the plaintiff. *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001); *see Fields v. Beem*, No. 13-CV-0005 (GTS/DEP), 2013 WL 3872834, at *2 (N.D.N.Y. July 24, 2013) ("A plaintiff is required to notify the Court when his address changes, and failure to do so is sufficient to justify dismissal of a plaintiff's complaint.") (collecting cases). **Accordingly, the Court directs Plaintiff to update his address of record within 30 days of the date of this order**. Should Plaintiff fail to comply with this order, the Court will dismiss the action without prejudice for failure to prosecute.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff and to docket this as an Opinion so it is made freely available to the public.

SO ORDERED.

Dated: December 5, 2019
New York, New York

_____
JESSE M. FURMAN
United States District Judge